MARK MATTHEWS, as Administrator of the Estate of CHARLES MATTHEWS, Deceased, Respondent, *v.* STATE OF NEW YORK, Appellant. (Claim No. 27739.)

Argued February 26, 1947; decided April 11, 1947.

*Nathaniel L. Goldstein, Attorney-General (John R. Davison and Wendell P. Brown* of counsel), for appellant.

*Benedict S. Rosenfeld, Albert Jakobson* and *Bernard Meyerson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.